IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JIMMY EUGENE COLESON,
     Petitioner,

vs.                         Case No.:  3:12cv96/MCR/EMT

MICHAEL D. CREWS,
     Respondent.
_____/

# O R D E R

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 4, 2013 (doc. 31).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the timely filed objections (*see* doc. 33).[1]

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.     The amended petition for writ of habeas corpus (doc. 10) is **DENIED**.

     3.     A certificate of appealability is **DENIED**.

     **DONE AND ORDERED** this 25th day of March, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1]  Petitioner filed an Application for Certificate of Appealability to the District Court (doc. 33), which the court has construed as an objection to the Report and Recommendation.